# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-15-00019-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Sally Jewell, et al., | |
| Defendants. | |

Pending before the Court is Federal Defendant's Unopposed Motion to Consolidate Related Cases (doc. 34), filed by Federal Defendants on May 7, 2015, seeking to consolidate 4:15-cv-00179-FRZ with 4:15-cv-00019-JGZ. Plaintiffs in both cases have been consulted and the motion is unopposed. Having considered the motion, the Court finds that the case involves common questions of fact and law and that consolidation is in the interest of judicial economy. *See* Fed. R. Civ. P. 42; *see also* LRCiv. 42.1. Accordingly,

**IT IS ORDERED** as follows:

1. Federal Defendants' Unopposed Motion to Consolidate Related Cases (doc. 34) is **GRANTED**.

//
//
//

2. The Clerk of the Court **SHALL** consolidate 4:15-cv-00179-FRZ into case number 4:15-cv-00019-JGZ.

Dated this 8th day of May, 2015.

_____
Jennifer G. Zipps
United States District Judge