Timothy J. Preso (Montana Bar No. 5255)
Earthjustice
313 East Main Street
Bozeman, MT 59715
tpreso@earthjustice.org
Fax: (406) 586-9695
Phone: (406) 586-9699

Heidi McIntosh (Utah Bar No. 6277)
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
hmcintosh@earthjustice.org
Fax: (303) 623-8083
Phone: (303) 623-9466

*Attorneys for Plaintiffs Center for
Biological Diversity and Defenders of Wildlife*

Andrea Santarsiere (Idaho Bar No. 8818)
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
asantarsiere@biologicaldiversity.org
Phone: (303) 854-7748

*Attorney for Plaintiff Center for
Biological Diversity*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Sally Jewell, Secretary of the Interior, et al.,<br><br>　　　　　Defendants. | No. 4:15-cv-00019 TUC-JGZ<br>(consolidated with Nos.<br>4:15-cv-00179-JGZ and<br>CV-15-00285-TUC-JGZ)<br><br>PLAINTIFFS' MOTION FOR<br>SUMMARY JUDGMENT |

Plaintiffs Center for Biological Diversity and Defenders of Wildlife (collectively, "the Center") hereby move for summary judgment on all of their claims pursuant to Federal Rule of Civil Procedure 56(a).  As set forth in the Center's accompanying Memorandum of Points and Authorities, the Federal Defendants violated the Endangered Species Act, 16 U.S.C. § 1531 et seq., and National Environmental Policy Act, 42 U.S.C. § 4321 et seq., in issuing their January 16, 2015 Revision to the Regulations for the Nonessential Experimental Population of the Mexican Wolf, 80 Fed. Reg. 2512 (Jan. 16, 2015) (codified at 50 C.F.R. § 17.84(k)), and an accompanying takings permit under Section 10(a)(1)(A) of the Endangered Species Act.

This motion is supported by the accompanying Memorandum of Points and Authorities and Statement of Facts.  The Center has properly alleged injuries necessary to confer standing to bring this case as set forth in Plaintiffs' Opposition to State of Arizona's Motion to Dismiss (Dkt.#50), including accompanying standing declarations (Dkt.##50-1, 50-2, 50-3, 50-4, and 50-5).  Because there are no genuine issues of material fact and the Center is entitled to judgment as a matter of law, this Court should enter summary judgment for the Center.  See Fed. R. Civ. P. 56(a).

Because this case involves a matter of significant public interest and importance—Federal Defendants' management of the sole Mexican wolf population existing in the wild—the Center respectfully requests the opportunity for oral argument.

Respectfully submitted this 23rd day of February, 2016,

      /s/ Timothy J. Preso
Timothy J. Preso (MT Bar No. 5255)
Earthjustice
313 East Main Street
Bozeman, MT 59715
tpreso@earthjustice.org
Fax: (406) 586-9695
Phone: (406) 586-9699

|   |   |
|---|---|
| 1 | Heidi McIntosh (UT Bar No. 6277) |
| 2 | Earthjustice |
|   | 633 17th Street, Suite 1600 |
| 3 | Denver, CO 80202 |
| 4 | hmcintosh@earthjustice.org |
|   | Fax: (303) 623-8083 |
| 5 | Phone: (303) 623-9466 |

*Attorneys for Plaintiffs Center for Biological Diversity and Defenders of Wildlife*

Andrea Santarsiere (ID Bar No. 8818)
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
asantarsiere@biologicaldiversity.org
Phone: (303) 854-7748

*Attorney for Plaintiff Center for Biological Diversity*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System, which caused all ECF registered counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

    /s/  Timothy J. Preso
    Timothy J. Preso