# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-15-00019-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Sally Jewell, et al., | |
| Defendants. | |

In order to correct the caption, the Order filed at Docket 196 in CV-15-00019-TUC-JGZ is hereby VACATED (Doc. 196).

IT IS FURTHER ORDERED THAT the Order dated March 31, 2018 shall replace the vacated order.

Dated this 31st day of March, 2018.

_____
Honorable Jennifer G. Zipps
United States District Judge