# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-15-00019-TUC-JGZ (l) |
| Plaintiffs, | No. CV-15-00179-TUC-JGZ (c) |
| | No. CV-15-00285-TUC-JGZ (c) |
| v. | **ORDER** |
| Ryan Zinke, et al., | |
| Defendants. | |
| Safari Club International, et. al. | No. CV-16-00094-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Zinke, et. al., | |
| Defendants | |

Upon consideration of the parties' responses to the Court's March 31, 2018 Order,

IT IS ORDERED these matters are set for a telephonic hearing on **Wednesday, May 23, 2018 at 10:00 a.m.** To access the call, counsel are directed to call 888-431-3632 and enter Access Code 8625089#.

Dated this 21st day of May, 2018.

_____
Honorable Jennifer G. Zipps
United States District Judge