# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity et al., | No. CV-15-00019-TUC-JGZ (l) <br> No. CV-15-00179-TUC-JGZ (c) <br> No. CV-15-00285-TUC-JGZ (c) |
| Plaintiffs, | |
| v. <br> Ryan Zinke, et al., | **ORDER** |
| Defendants. | |
| Safari Club International, et al., | No. CV 16-00094-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. <br> Ryan Zinke, et al., | |
| Defendants. | |

Upon consideration of the Parties' Joint Motion to Stay Briefing on Plaintiffs' Motions for Interim Injunctive Relief (CV 15-0019-TUC-JGZ at Doc. 216), and good cause appearing,

IT IS ORDERED that the parties' Joint Motion to Stay Briefing on

Motions for Interim Injunctive Relief (CV 15-0019-TUC-JGZ at Doc. 216) is GRANTED.

IT IS FURTHER ORDERED that on **July 16, 2018**, the parties will take one of the following actions: (a) inform the Court that they have reached an agreement that will avoid motions for interim injunctive relief in this matter and provide that agreement for the Court's review and approval; (b) inform the Court that additional time is needed to negotiate and finalize an agreement; or (c) inform the Court that an agreement could not be reached and Plaintiffs will file their respective motions for interim injunctive relief (and supporting memoranda and exhibits) on **July 20, 2018**.

IT IS FURTHER ORDERED that in the event of alternative (c), Federal-Defendants shall file their oppositions to the motions for interim injunctive relief on **August 24, 2018**, and Plaintiffs will file their replies on **September 14, 2018**. Federal-Defendants may seek additional time for their oppositions after reviewing the motions for interim injunctive relief.

Dated this 19th day of June, 2018.

_____
Honorable Jennifer G. Zipps
United States District Judge

2