**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Center for Biological Diversity et al., | No. CV-15-00019-TUC-JGZ (l) |
| Plaintiffs, | No. CV-15-00179-TUC-JGZ (c) |
| | No. CV-15-00285-TUC-JGZ (c) |
| v. | |
| Ryan Zinke, et al., | **ORDER** |
| Defendants. | |
| _____ | |
| | |
| Safari Club International, et al., | No.  CV 16-00094-TUC-JGZ |
| | |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Zinke, et al., | |
| | |
| Defendants. | |

Upon consideration of "Federal Defendants' Unopposed Motion for Extension of Time (First Request) and to File One Combined Overlength Brief" (Docs. 222, 223), and good cause appearing,

IT IS ORDERED that:

1. In response to the pending motions for interim injunctive relief (CV 15-

00019-TUC-JGZ at Docs. 219, 220), Federal Defendants may file one combined brief of up to 34 pages in lieu of two 17-page briefs.

2. The August 24, 2018 deadline for Federal Defendants' opposition to the pending motions for interim injunctive relief is extended until **September 7, 2018**.

3. The reply deadline for both moving parties is extended from September 14, 2018 until **September 28, 2018**.

Dated this 9th day of August, 2018.

                                               _____
                                               Honorable Jennifer G. Zipps
                                               United States District Judge