IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity et al., | No. CV-15-00019-TUC-JGZ (l) |
| Plaintiffs, | No. CV-15-00179-TUC-JGZ (c) |
| v. | No. CV-15-00285-TUC-JGZ (c) |
| Ryan Zinke, et al., | **ORDER** |
| Defendants. | |
| Safari Club International, et al., | No.  CV 16-00094-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Zinke, et al., | |
| Defendants. | |

Upon consideration of Petitioner and Defendant-Intervenor Coalition of Arizona and New Mexico Counties for Economic Growth, the Safari Club International Plaintiffs and Intervenor-Defendant State of Arizona's Joint Motion for Extension of Time (First Request) and to File Combined Overlength Briefs in Opposition to Motions for Interim

Injunctive Relief filed by the Center for Biological Diversity, Defenders of Wildlife (collectively "CBD") and WildEarth Guardians, New Mexico Wilderness Alliance, and Friends of Animals (collectively "WEG") (Doc. 225), CBD's and WEG's responses in opposition to the motion (Docs. 226, 227, 228), and the Safari Club International Plaintiffs' Reply (Doc. 229), the Court will grant the motion. Permitting responses in opposition from the Coalition, the Safari Club International Plaintiffs, and the State of Arizona is appropriate in this case given that the order which CBD and WEG seek to modify was issued in all four of the above-captioned cases. Therefore, a modification of that ruling could affect all of the interested parties. Accordingly,

IT IS ORDERED:

1. Petitioner and Defendant-Intervenor Arizona and New Mexico Coalition for Economic Growth, the Safari Club International Plaintiffs, and Defendant-Intervenor State of Arizona's Joint Motion for Extension of Time (First Request) and to File Combined Overlength Briefs in Opposition to the pending Motions for Interim Injunctive Relief (Doc. 225) is GRANTED.

2. In response to the pending motions for interim injunctive relief (CV 15-00019-TUC-JGZ at Docs. 219, 220), the Coalition of Arizona and New Mexico Counties for Economic Growth, the Safari Club International Plaintiffs[1], and the State of Arizona may each file one combined brief of up to 34 pages in lieu of two 17-page briefs.

3. The August 24, 2018 deadline for opposition to the pending motions for

---

[1] The Safari Club International Plaintiffs shall file one combined opposition brief.

interim injunctive relief is extended until **September 7, 2018**.

    4.     The reply deadline for both moving parties shall be **September 28, 2018**.

Dated this 22nd day of August, 2018.

_____
Honorable Jennifer G. Zipps
United States District Judge