# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity et al., | No. CV-15-00019-TUC-JGZ |
| Plaintiffs, | No. CV-15-00179-TUC-JGZ |
| | No. CV-15-00285-TUC-JGZ |
| v. | No. CV-16-00094-TUC-JGZ |
| Ryan Zinke, et al., | |
| Federal-Defendants. | **STIPULATION AND JOINT MOTION TO MODIFY SCHEDULE FOR RESOLVING MOTIONS FOR ATTORNEYS' FEES AND COSTS** |
| *and* | |
| Safari Club International, et al., | |
| Plaintiffs, | |
| v. | |
| Ryan Zinke, et al., | |
| Federal-Defendants. | |

The Center for Biological Diversity *et al.,* plaintiffs in CV-15-00019-JGZ, and WildEarth Guardians *et al.*, plaintiffs in CV-15-00285-JGZ, and Federal-Defendants, the U.S. Fish and Wildlife Service ("Service") (collectively "the Parties"), respectfully request that this Court approve the attached proposed order modifying the schedule for resolving motions for attorneys' fees and costs in this case. In support of this stipulation and joint motion, the Parties state as follows:

1. On June 25, 2019, the Court adopted the Parties' proposed order and schedule designed to the Parties to explore settlement regarding attorneys' fees and costs, while at the same time preserving the opportunity for litigation of the Plaintiffs' claims for fees and costs pursuant to Local Rule 54.2 if the Parties' settlement discussions are unsuccessful.

2. The Parties believe that an additional 30-day extension of the current schedule would allow additional productive settlement negotiations.

WHEREFORE, the Parties respectfully request that this Court approve this stipulation and joint motion and sign the attached proposed order and schedule for resolving Plaintiffs' motions for attorneys' fees and costs:

(a) All briefing on the Plaintiffs' initial motions for attorneys' fees and costs (ECF Nos. 248, 249) will be stayed for an additional thirty (30) days in order to give the Parties time to further engage in negotiations;

(b) On or before November 15, 2019, the Parties will either: (1) submit a proposed settlement agreement or agreements on Plaintiffs' motions for attorneys' fees and costs for Court approval; (2) inform the Court that no such agreement could be reached (in which case the Parties will propose a schedule for Plaintiffs to file amended motions for attorneys' fees and costs and supporting memoranda and documentation in accordance with Local Rule 54.2); or (3) inform the Court that additional time is needed for negotiations or obtaining final approvals of any proposed settlements.

Respectfully submitted this 15th day of October, 2019.

/s/ Matthew K. Bishop (per authorization)
Matthew Bishop, *pro hac vice*
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
(406) 324-8011
bishop@westernlaw.org

/s/ John Mellgren
John R. Mellgren, *pro hac vice*
Western Environmental Law Center
Shelton McMurphy Blvd., Suite 340
Eugene, OR 97401
(541) 359-0990
mellgren@westernlaw.org

*Counsel for Plaintiffs in No. 15-285*

/s/ Timothy J. Preso (per authorization)
Timothy J. Preso (MT Bar No. 5255)
Earthjustice
313 East Main Street
Bozeman, MT 59715
tpreso@earthjustice.org
Fax: (406) 586-9695
Phone: (406) 586-9699

Heidi McIntosh (UT Bar No. 6277)
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
hmcintosh@earthjustice.org
Fax: (303) 623-8083
Phone: (303) 623-9466

*Attorneys for Plaintiffs Center for Biological Diversity and Defenders of Wildlife*

3

Andrea Santarsiere (ID Bar No. 8818)
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
asantarsiere@biologicaldiversity.org
Phone: (303) 854-7748

*Attorney for Plaintiff Center for Biological Diversity*

JEAN E. WILLIAMS, Deputy Asst. Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

ANDREW A. SMITH (NM Bar. 8341),
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Ph: 505-224-1468
andrew.smith@usdoj.gov

*/s/ Bridget Kennedy McNeil*
BRIDGET KENNEDY McNEIL,
Senior Trial Attorney
Wildlife and Marine Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: 303-844-1484
bridget.mcneil@usdoj.gov
*Attorneys for Federal Defendants*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October 2019, I filed a copy of this document electronically through the CM/ECF system, which caused all ECF registered counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Bridget K. McNeil*
Bridget Kennedy McNeil