**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Center for Biological Diversity et al.,<br><br>Plaintiffs,<br>v.<br>Ryan Zinke, et al.,<br><br>Federal-Defendants.<br>*and*<br><br>Safari Club International, et al.,<br><br>Plaintiffs,<br>v.<br>Ryan Zinke, et al.,<br><br>Federal-Defendants. | No. CV-15-00019-TUC-JGZ<br>No. CV-15-00179-TUC-JGZ<br>No. CV-15-00285-TUC-JGZ<br>No. CV-16-00094-TUC-JGZ<br><br>**STIPULATED SETTLEMENT AGREEMENT AND JOINT MOTION CONCERNING PLAINTIFFS' CLAIM FOR ATTORNEYS' FEES AND COSTS [ECF NO. 249]** |

This Stipulation is entered into by the Center for Biological Diversity *et al.,* plaintiffs in CV-15-00019-JGZ ("Plaintiffs"), and Federal-Defendants, the U.S. Fish and Wildlife Service ("Service") (collectively "the Parties"). By and through their counsel, the Parties state as follows:

WHEREAS, on January 16, 2015, Plaintiffs filed a Complaint for declaratory and injunctive relief, amended on March 23, 2015, alleging that the Service's January 16, 2015 *Revision to the Regulations for the*

*Nonessential Experimental Population of the Mexican Wolf*, 80 Fed. Reg. 2512 (Jan. 16, 2015), and its accompanying biological opinion and Environmental Impact Statement, violated the Endangered Species Act and the National Environmental Policy Act;

WHEREAS on March 31, 2018, this Court granted partial summary judgment in favor of Plaintiffs;

WHEREAS, on July 16, 2019, Plaintiffs moved for an award of attorneys' fees and costs;

WHEREAS, the Service's deadline for responding to the motion has been extended to allow the Parties time to explore settlement of the motion, and thereby conserve the limited resources of the Parties and the Court;

WHEREAS, the Parties agree that it is in the interest of the parties and judicial economy to settle this claim for attorneys' fees and costs without additional litigation; and

WHEREAS the Parties, through their authorized representatives, enter this Stipulation without any admission of fact or law, or waiver of any claims or defenses, factual or legal.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. Federal Defendants agree to settle any and all of the Plaintiffs' claims for costs and attorneys' fees, costs, and expenses in the above-captioned litigation for a total of two–hundred and seventy thousand dollars

($270,000.00). Federal Defendants make this agreement in reliance on the Plaintiffs' attestation that they each qualify as a "party" under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

2. Payment(s) of the settlement funds shall be accomplished by electronic funds transfer into: Earthjustice Attorney Client Trust Account. Within ten (10) days of entry of an order approving this Agreement, Plaintiffs will provide Federal Defendants with the necessary account information to effectuate this payment in a timely manner, including: the payee's bank account number, account type, bank routing, and transit number and the payee's tax identification number.

3. Federal Defendants agree to submit all necessary paperwork for the processing of the payment described in Paragraph 1 above to the appropriate federal agency authorities within twenty (20) business days of receiving the information necessary for processing the electronic funds transfer described in Paragraph 2 above.

4. Within 10 days of receipt of the payment described in Paragraph 1, Plaintiffs agree to file a Notice of Satisfaction.

5. Plaintiffs agree to accept payment of $270,000.00 in full satisfaction of any and all claims for attorneys' fees, costs, and expenses related to the above-captioned litigation, through and including the date of this Agreement. Plaintiffs reserve the right to seek additional fees and costs incurred

subsequent to this Stipulated Settlement Agreement in any future litigation arising from or relating to the present action.

6. Plaintiffs agree that receipt of this payment from Federal Defendants shall operate as a release of Plaintiffs' claims for attorneys' fees and costs for all work on any and all of the claims asserted in the operative complaint, through and including the date of this Agreement.

7. By this Agreement, Federal Defendants do not waive any right to contest fees claimed by Plaintiffs or Plaintiffs' counsel, in any future litigation, or continuation of the present action.

8. Pursuant to 31 U.S.C. § 3711; 26 U.S.C. § 6402(d); 31 C.F.R. §§ 285.5, 901.3 and other authorities, the United States will offset against the settlement amount delinquent debts, if any, that Plaintiffs owe to the United States. *See Astrue v. Ratliff,* 560 U.S. 586 (2010).

9. This Settlement Agreement is the result of compromise and settlement, and it is based on and limited solely to the facts involved in this case. It does not represent an admission, by any party, to any fact, claim, or defense concerning any issue in this case.

10. This Settlement Agreement has no precedential value and shall not be used as evidence either by Plaintiffs or Federal Defendants in any other litigation between them except as necessary to enforce the terms of this Agreement.

11. Nothing in this Stipulation shall be interpreted as, or shall constitute, a commitment or requirement that Federal Defendants are obligated to pay funds exceeding those available, or take any action in contravention of the Anti-Deficiency Act, 31 U.S.C. §1341, or any other appropriations law.

12. This document sets forth the entire Stipulated Agreement of the parties for the settlement of the request for attorneys' fees, costs, and expenses. All previous understandings, agreements, and communications prior to the date hereof, whether express or implied, oral or written, relating to the subject matter of this Stipulated Agreement, are fully and completely extinguished and superseded by this Stipulated Agreement. No modification of this Stipulated Agreement shall be valid unless expressly consented to in writing by all the parties.

13. The terms of this Settlement Agreement shall become effective upon execution of this Settlement Agreement. The Parties agree that this Settlement Agreement may be executed in one or more counterparts, each of which shall constitute an original, and all of which, taken together, shall constitute the same instrument. Facsimile or scanned signatures submitted by electronic mail shall have the same effect as an original signature in binding the parties.

14. This Stipulated Agreement shall be governed by and construed

under federal law.

15. The undersigned representatives of the parties certify that they are fully authorized by the party or parties whom they represent to enter into the terms and conditions of this Stipulated Agreement and to legally bind the parties to it.

16. The parties hereby jointly and respectfully request that the Court review and approve the terms of this Stipulation, and retain jurisdiction to enforce its terms. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994). Upon receipt of the Notice of Satisfaction described in Paragraph 4, the Court's retained jurisdiction shall cease.

Accordingly, the parties jointly and respectfully request entry of this stipulation via the attached proposed order.

Respectfully submitted this 13th day of November, 2019.

*/s/ Timothy J. Preso (per authorization)*
Timothy J. Preso (MT Bar No. 5255)
Earthjustice
313 East Main Street
Bozeman, MT 59715
tpreso@earthjustice.org
Fax: (406) 586-9695
Phone: (406) 586-9699

Heidi McIntosh (UT Bar No. 6277)
Earthjustice
633 17th Street, Suite 1600

Denver, CO 80202
hmcintosh@earthjustice.org
Fax: (303) 623-8083
Phone: (303) 623-9466

*Attorneys for Plaintiffs Center for Biological Diversity and Defenders of Wildlife*

Andrea Santarsiere (ID Bar No. 8818)
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
asantarsiere@biologicaldiversity.org
Phone: (303) 854-7748

*Attorney for Plaintiff Center for Biological Diversity*

JEAN E. WILLIAMS, Deputy Asst. Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ Bridget Kennedy McNeil*
BRIDGET KENNEDY McNEIL,
Senior Trial Attorney
Wildlife and Marine Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: 303-844-1484
bridget.mcneil@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2019, I filed a copy of this document electronically through the CM/ECF system, which caused all ECF registered counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Bridget K. McNeil*
Bridget Kennedy McNeil