# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-15-00019-TUC-JGZ (LEAD) |
| Plaintiffs, | No. CV-15-00179-TUC-JGZ |
| v. | No. CV-15-00285-TUC-JGZ |
| Ryan Zinke, et al., | No. CV-16-00094-TUC-JGZ |
| Defendants | **ORDER** |
| Safari Club International, et al., | |
| Plaintiffs, | |
| v. | |
| Ryan Zinke, et al., | |
| Defendants. | |

The parties in Case No. 15-cv-00019-TUC-JGZ filed a Stipulated Settlement Agreement as to Plaintiffs' Motion for an Award of Attorneys' Fees and Costs. (Doc. 249).

//

//

IT IS ORDERED that the parties' Stipulated Settlement Agreement (Doc. 257) is APPROVED and ADOPTED. The Court will retain jurisdiction to enforce the terms of the parties' Stipulated Settlement Agreement until the filing of the Notice of Satisfaction,

1 | as described in the Agreement.

2 | Dated this 21st day of November, 2019.

_____
Honorable Jennifer G. Zipps
United States District Judge