JEAN E. WILLIAMS, Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY, Section Chief
BRIDGET KENNEDY McNEIL, Senior Trial Attorney
Wildlife and Marine Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: 303-844-1484
bridget.mcneil@usdoj.gov

*Attorneys for Federal Defendants*
*(additional counsel on signature page)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, *et al.*, | No. 4:15-cv-00019 JGZ (LEAD) |
| | No. 4:15-cv-00179-JGZ (C) |
| Plaintiffs, | No. 4:15-cv-00285-JGZ (C) |
| v. | **STATUS REPORT** |
| Sally M.R. Jewell, *et al.*, | |
| Federal Defendants, | |
| Safari Club International, *et al.*, | No. 4:16-cv-0094-JGZ |
| Plaintiffs, | |
| | **STATUS REPORT** |
| v. | |
| Sally M.R. Jewell, *et al.* | |
| Federal Defendants. | |

As part of the Court's final judgment in the above-captioned cases, the Court ordered that, during the remand period, Federal Defendants shall submit semi-annual reports, dated January 1 and July 1 of each year, informing this Court and all parties of their progress towards finalizing a revised 10(j) rule. *See* ECF No. 244 (Case 4:15-cv-00019-JGZ). Federal Defendants hereby submit this second status report several days early, due to counsel's absence over the New Year's holiday.

1. Since the July 1, 2019 status report, the U.S. Fish and Wildlife Service ("Service") Mexican Wolf Recovery Program has made progress developing the revised proposed 10(j) rule. The Service has developed a working draft of the proposed rule and is analyzing several specific issues.

2. The Service has held several informal meetings and teleconferences with Arizona Fish and Game Department and New Mexico Department of Game and Fish and other partners.

3. The Service has determined that revisions to the 2014 Environmental Impact Statement ("EIS") will be necessary but has not yet initiated the National Environmental Policy Act ("NEPA") process. The Service continues to conduct internal coordination with its Headquarters Office to ensure it understands new NEPA guidance provided by Secretarial Order 3355, which aims, in part, to streamline NEPA reviews, as well as an April 27, 2018 Memorandum from the Secretary of the Interior, which provides further guidance on NEPA processes within the Department.

4. The Service anticipates publishing the proposed Section 10j rule and associated NEPA analyses during the summer of 2020 for public and peer review, enabling us to meet its deadline of May 1, 2021 for the final Section 10j rule.

5. Federal Defendants will submit the next status report by July 1, 2020.

Respectfully submitted this 24th day of December, 2020,

JEAN E. WILLIAMS, Deputy Asst. Attorney General
SETH M. BARSKY, Section Chief

    */s/ Bridget Kennedy McNeil*
BRIDGET KENNEDY McNEIL, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: 303-844-1484
bridget.mcneil@usdoj.gov

CLIFFORD E. STEVENS, JR.
United States Department of Justice
Environment and Natural Resources Division
601 D Street NW
Washington, DC 20004
202-353-7548
clifford.stevens@usdoj.gov

ANDREW A. SMITH (NM Bar. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103

Ph: 505-224-1468
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2019, I electronically transmitted the preceding document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Fling on all counsel of record.

                                             */s/ Bridget Kennedy McNeil*
                                             BRIDGET KENNEDY McNEIL
                                             U.S. DEPARTMENT OF JUSTICE