JEAN E. WILLIAMS, Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY, Section Chief
BRIDGET KENNEDY McNEIL, Senior Trial Attorney
Wildlife and Marine Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: 303-844-1484
bridget.mcneil@usdoj.gov

*Attorneys for Federal Defendants*
*(additional counsel on signature page)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, *et al.*, | No. 4:15-cv-00019 JGZ (LEAD) |
| | No. 4:15-cv-00179-JGZ (C) |
| Plaintiffs, | No. 4:15-cv-00285-JGZ (C) |
| v. | **STATUS REPORT** |
| Sally M.R. Jewell, *et al.*, | |
| Federal Defendants, | |
| Safari Club International, *et al.*, | No. 4:16-cv-0094-JGZ |
| Plaintiffs, | |
| | **STATUS REPORT** |
| v. | |
| Sally M.R. Jewell, *et al.* | |
| Federal Defendants. | |

As part of the Court's final judgment in the above-captioned cases, the Court ordered that, during the remand period, Federal Defendants shall submit semi-annual reports, dated January 1 and July 1 of each year, informing this Court and all parties of their progress towards finalizing a revised 10(j) rule. *See* ECF No. 244 (Case 4:15-cv-00019-JGZ). Federal Defendants hereby submit this third status report.

1. Since the last status report, the U.S. Fish and Wildlife Service ("Service") Mexican Wolf Recovery Program has made significant progress on the National Environmental Policy Act ("NEPA") process that will accompany the final revised 10(j) rule. The NEPA process requires a number of procedural steps dictated by regulation and guidance, some of which are necessary to complete before proceeding further with the development of the proposed revised 10(j) rule.

2. In addition to the internal review and approval process, the Service published a Notice of Intent to develop a supplemental Environmental Impact Statement ("sEIS") in the Federal Register for a 60-day comment period ending June 15, 2020. *See* 85 Fed. Reg. 20,967 (April 15, 2020).

3. During the weeks of April 12 and 19, 2020, the Service mailed letters to 60 state and federal agencies, tribes, and counties, inviting participation in the development of the sEIS as Cooperating Agencies. As of June 26, 2020, fourteen entities have accepted Cooperating Agency status and two entities

have declined; the remaining entities have not returned correspondence or are continuing to consider the request.

4. During the week of April 26, 2020, the Service mailed letters to 37 Native American tribes inviting them to request Government-to-Government consultation on our rule-making and NEPA processes, pursuant to Secretarial Order 3206 American Indian Tribal Rights, Federal-Tribal Trust Responsibilities and the Endangered Species Act (June 5, 1997).

5. On April 30, 2020, the Service held a teleconference for all entities invited to serve as Cooperating Agencies to provide information on our process and timeline to develop a sEIS and final revised 10(j) rule and discuss Cooperating Agency roles and responsibilities.

6. On May 6 and May 19, 2020, the Service provided an update on the rule revision and NEPA process to the office of Representative Torres-Small, New Mexico, and Senator Heinrich, New Mexico, respectively.

7. The Service conducted tribal outreach on the rule revision and NEPA process via presentations during two state-wide tribal coordination webinar meetings held on May 13, 2020, and May 27, 2020, by the Arizona Ecological Services Field Office and New Mexico Ecological Services Field Office, respectively. Sixteen tribes and one tribal organization attended the two meetings.

8. On June 16, 2020, the Service hosted a meeting of the Mexican Wolf Tribal Working Group, to discuss tribal interest or concerns with the rule-making and NEPA process.

9. In mid-July, the Service will be hosting a Cooperating Agency teleconference to discuss public comments received on the Federal Register Notice of Intent. The Service will then move forward with additional development of the proposed revised rule and draft sEIS.

10. The Service is working to be able to publish a Notice of Availability of the proposed revised rule and draft sEIS in the Federal Register by October, 2020. However, the agency's progress on the remand has been impacted due to the covid-19 pandemic, resulting in delays in the internal processes for review, approval, and processing of documents, reduced staff hours, and delays in communicating with (potential) Cooperating Agencies.  The Service expects these types of delays to continue during the upcoming phases of covid-19 response across two states with differing guidance, as well as national guidance, however, the Service is adapting and incorporating social distancing policies into the public process.  For example, the Service anticipates developing a virtual (online) forum to engage the public in open house meetings and hearings during the public comment period on the proposed revised rule and draft sEIS in lieu of the typical in-person meetings and hearings.  Although the Service is moving forward expeditiously to explore

such options, this will require establishing contracts and logistical support that were not accounted for in the initial remand timeline.

11. Federal Defendants will submit the next status report by January 1, 2021.

Respectfully submitted this 1st day of July, 2020,

        JEAN E. WILLIAMS, Deputy Asst. Attorney General
        SETH M. BARSKY, Section Chief

        */s/ Bridget Kennedy McNeil*
        BRIDGET KENNEDY McNEIL, Trial Attorney
        United States Department of Justice
        Environment and Natural Resources Division
        Wildlife and Marine Resources Section
        999 18th St., South Terrace, Suite 370
        Denver, CO 80202
        Ph: 303-844-1484
        bridget.mcneil@usdoj.gov

        CLIFFORD E. STEVENS, JR.
        United States Department of Justice
        Environment and Natural Resources Division
        601 D Street NW
        Washington, DC 20004
        202-353-7548
        clifford.stevens@usdoj.gov

        ANDREW A. SMITH (NM Bar. 8341)
        Senior Trial Attorney
        Natural Resources Section
        c/o United States Attorney's Office
        201 Third Street, N.W., Suite 900
        P.O. Box 607
        Albuquerque, New Mexico 87103
        Ph: 505-224-1468
        andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2020, I electronically transmitted the preceding document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Fling on all counsel of record.

                                      */s/ Bridget Kennedy McNeil*
                                  BRIDGET KENNEDY McNEIL
                                  U.S. DEPARTMENT OF JUSTICE