JEAN E. WILLIAMS, Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY, Section Chief
BRIDGET KENNEDY McNEIL, Senior Trial Attorney
Wildlife and Marine Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: 303-844-1484
bridget.mcneil@usdoj.gov

*Attorneys for Federal Defendants*
*(additional counsel on signature page)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>Sally M.R. Jewell, *et al.*,<br><br>       Federal Defendants, | No. 4:15-cv-00019 JGZ (LEAD)<br>No. 4:15-cv-00179-JGZ (C)<br>No. 4:15-cv-00285-JGZ (C)<br><br>**STATUS REPORT** |
| Safari Club International, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>Sally M.R. Jewell, *et al.*<br><br>       Federal Defendants. | No. 4:16-cv-0094-JGZ<br><br>**STATUS REPORT** |

As part of the Court's final judgment in the above-captioned cases, the Court ordered that, during the remand period, Federal Defendants shall submit semi-annual reports, dated January 1 and July 1 of each year, informing this Court and all parties of their progress towards finalizing a revised 10(j) rule. *See* ECF No. 244 (Case 4:15-cv-00019-JGZ). Federal Defendants hereby submit this fourth status report.

1. In its July 1, 2020 status report, Federal Defendants informed the Court and the parties that its ability to publish a notice of availability of the proposed revised rule and draft supplemental environmental impact statement ("SEIS") had been impacted by the covid-19 pandemic. The report also stated that the U.S. Fish and Wildlife Service ("Service") held a 60-day comment period ending June 15, 2020, for its Notice of Intent to develop a SEIS and received over 87,000 comments during scoping. Furthermore, the Service described potential alternatives to in-person meetings and forums, requiring contracts and logistical support that were not accounted for in the initial remand timeline.

2. Since the July 2020 status report, the Service's Mexican Wolf Recovery Program has made progress toward revising the experimental population designation for the Mexican wolf in a revised 10(j) rule.

3. It took the Service approximately two months longer than anticipated to sort, review, and synthesize comments on the Notice of Intent, resulting in a 60+ page synthesis of public comments that will be incorporated into the Draft SEIS with the Service's responses.

4. Since the previous status report, 10 additional entities have accepted the Service's request to serve as Cooperating Agencies in the development of the SEIS. Currently, 24 entities have accepted the Service's request, including seven Federal agencies; four state agencies; four counties in Arizona, including the Eastern Arizona Counties Organization that represents an additional two counties that did not join individually; and nine counties in New Mexico. The State of Utah, which the Service did not initially request as a Cooperating Agency, requested to serve during the scoping period and was accepted as a Cooperating Agency on September 3, 2020.

5. The Service held numerous Cooperating Agency meetings via video and teleconference between July and December 2020, covering items such as the review of public comments received during the scoping process, the selection of alternatives to be analyzed in the draft SEIS, elements of the proposed rule, and the drafting and review of particular sections of the draft SEIS.

6. Additionally, the Service held two Tribal Working group meetings, open to all tribes in Arizona and New Mexico, to provide updates on the rule revision process and to discuss tribal concerns.

7. At this point, the Service is close to finalizing a proposed revised rule and continues to work with the Cooperating Agencies on the draft SEIS, including the development of additional data.

8. Looking forward, the Service anticipates at least two more meetings with the Cooperating Agencies before publishing the draft SEIS for public review and comment. The Service will also need to follow the internal review and approval processes prior to publishing a draft proposed rule and the draft SEIS for public comment. The Service intends to solicit peer reviewers as well as planning public meetings during the public comment period.

9. Based on the work remaining, the ongoing pandemic, and the anticipated significant public interest, the Service is unlikely to finalize the rule revision process by the current May 2021 deadline. In January 2021, the Service will develop a new timeline and seek a mutually-agreeable extension request with the plaintiffs or timely move the Court for an extension, if an agreement cannot be reached.

Respectfully submitted this 4th day of January, 2021,

JEAN E. WILLIAMS, Deputy Asst. Attorney General
SETH M. BARSKY, Section Chief

  */s/ Bridget Kennedy McNeil*
BRIDGET KENNEDY McNEIL, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: 303-844-1484
bridget.mcneil@usdoj.gov

CLIFFORD E. STEVENS, JR.
United States Department of Justice
Environment and Natural Resources Division
601 D Street NW
Washington, DC 20004
202-353-7548
clifford.stevens@usdoj.gov

ANDREW A. SMITH (NM Bar. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Ph: 505-224-1468
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2021, I electronically transmitted the preceding document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Fling on all counsel of record.

                              */s/ Bridget Kennedy McNeil*
                              BRIDGET KENNEDY McNEIL
                              U.S. DEPARTMENT OF JUSTICE