TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
S. JAY GOVINDAN, Acting Section Chief
BRIDGET KENNEDY McNEIL
Wildlife and Marine Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: 303-844-1484
bridget.mcneil@usdoj.gov

*Attorneys for Federal Defendants*
*(additional counsel on signature page)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, *et al.*, | No. 4:15-cv-00019 JGZ (LEAD) |
| | No. 4:15-cv-00179-JGZ (C) |
| Plaintiffs, | No. 4:15-cv-00285-JGZ (C) |
| v. | **NOTICE OF COMPLETION** |
| | **OF REMAND** |
| Sally M.R. Jewell, *et al.*, | |
| Federal Defendants, | |
| Safari Club International, *et al.*, | No. 4:16-cv-0094-JGZ |
| Plaintiffs, | |
| v. | **NOTICE OF COMPLETION** |
| | **OF REMAND** |
| Sally M.R. Jewell, *et al.* | |
| Federal Defendants. | |

In a March 31, 2018 Order, the Court found that Fish and Wildlife Service's (FWS) 2015 10(j) Rule for the experimental population of the Mexican gray wolf was not compliant with the Endangered Species Act (ESA). ECF No. 200. The Court remanded the 2015 10(j) Rule to FWS for further action consistent with the Court's Order, and held that the 2015 10(j) Rule would remain in effect until a new final rule issued. *Id*. at 43-44. The Court subsequently ordered that the remand be completed by May 2021. ECF Nos. 242, 244. Upon FWS' motion for extension of this deadline, the Court modified the remand completion date to July 1, 2022. ECF No. 274.

FWS hereby notifies the Court and the parties that it has completed the remand. On July 1, 2022, FWS issued a Revision to the Nonessential Experimental Population of the Mexican Wolf, which replaces the 2015 10(j) Rule. *See* 87 Fed. Reg. 39,348 (July 1, 2022).

FWS respectfully submits that the Court may now close and terminate this case.

Respectfully submitted this 1st day of July 2022,

TODD KIM, Asst. Attorney General
S. JAY GOVINDAN, Acting Section Chief

*/s/ Bridget Kennedy McNeil*
BRIDGET KENNEDY McNEIL
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: 303-844-1484

bridget.mcneil@usdoj.gov

CLIFFORD E. STEVENS, JR.
United States Department of Justice
Environment and Natural Resources Division
601 D Street NW
Washington, DC 20004
202-353-7548
clifford.stevens@usdoj.gov

ANDREW A. SMITH (NM Bar. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Ph: 505-224-1468
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2022, I electronically transmitted the preceding document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Fling on all counsel of record.

          /s/ Bridget Kennedy McNeil
BRIDGET KENNEDY McNEIL
U.S. DEPARTMENT OF JUSTICE